**Order filed April 17, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00046-CR

_____

**ERIC DEMOND DOUGLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1122749**

---

## O R D E R

The clerk's record was filed February 6, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a bill of costs.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 15, 2014, containing a bill of costs.

PER CURIAM